**Abatement Order filed September 27, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00645-CV

_____

### CHARLES RICHARD PEREZ, Appellant

### V.

### PRINCE METALS, L.L.C., Appellee

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-55791**

---

## ABATEMENT ORDER

We have determined that this case is appropriate for referral to mediation, an alternative dispute resolution process. *See* Tex. Civ. Prac. & Rem. Code §§ 154.021—.073. Mediation is a forum in which an impartial person, the mediator, facilitates communication between parties to promote reconciliation or settlement. *Id.* § 154.023(a). Any communication relating to the subject matter of the appeal made by a participant in the mediation proceeding is confidential. *See* Tex. Civ. Prac. & Rem. Code § 154.053. After mediation, the parties shall advise the court whether the case settled, or whether any further negotiation efforts are planned.

The court **ORDERS** the appeal **ABATED** for a period of sixty days and refers the underlying dispute to mediation. Any party may file a written objection to this order with the clerk of this court within **10 days** of the date of this order. *See* Tex. Civ. Prac. & Rem. Code § 154.022. If this court finds that there is a reasonable basis for the objection, the objection shall be sustained and the appeal reinstated on this court's active docket. *See id.*

The court **ORDERS** that the mediation be held within **60 days** of the date of this order. The court **ORDERS** that all parties or their representatives with full settlement authority shall attend the mediation process, with their counsel of record. The court **FURTHER ORDERS** that within **48 hours** of completion of the mediation, the parties shall advise the court in writing whether the case settled.

If mediation fully resolves the issues in the case, the court **ORDERS** the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within **10 days** of the conclusion of the mediation.

The court **ORDERS** the appellate timetable in this case suspended for **60 days** from the date of this order.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket for a period of sixty days. The appeal will be reinstated on this court's active docket after sixty days. Any party may file a motion stating grounds for reinstating the appeal before the end of the sixty-day period. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the abatement period for completion of mediation or to finalize a settlement.

PER CURIAM

2